IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| v. | : | 1:21CR261-1 |
| DESHAWN WAYNE HARRIS | : | |

The Grand Jury charges:

## COUNT ONE

On or about August 18, 2020, in the County of Durham, in the Middle District of North Carolina, DESHAWN WAYNE HARRIS, in connection with the acquisition of a firearm, that is, a Glock .40 caliber handgun, from a licensed dealer in firearms, that is, Bull City Armory, 4528 North Roxboro Street, Durham, North Carolina, knowingly made a false and fictitious written statement likely to deceive such dealer with respect to facts material to the lawfulness of the sale and other disposition of such firearm, pursuant to Chapter 44, Title 18, United States Code; in that DESHAWN WAYNE HARRIS certified on an ATF Form 4473, Firearms Transaction Record, in response to question 11(a): "Are you the actual transferee/buyer of the firearm(s) listed on this form?" to which he provided an answer of "Yes," when in truth and in fact, as DESHAWN WAYNE HARRIS then well knew, he was

purchasing the firearm on behalf of another person; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNT TWO

On or about August 18, 2020, in the County of Durham, in the Middle District of North Carolina, DESHAWN WAYNE HARRIS did knowingly sell and otherwise dispose of a firearm, to wit: a Glock .40 caliber handgun, to another person, knowing and having reasonable cause to believe that such person was under indictment for, and had been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year; in violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

COUNT THREE

On or about August 18, 2020, in the County of Durham, in the Middle District of North Carolina, DESHAWN WAYNE HARRIS, in connection with the acquisition of a firearm, that is, a Glock .40 caliber handgun, from a licensed dealer in firearms, that is, Bull City Armory, located at 4528 North Roxboro Street in Durham, North Carolina, knowingly made a false and fictitious written statement likely to deceive such dealer with respect to facts material to the lawfulness of the sale and other disposition of such firearm, pursuant to Chapter 44, Title 18, United States Code; in that DESHAWN WAYNE HARRIS certified on an ATF Form 4473, Firearms Transaction

Record, in response to question 11(a): "Are you the actual transferee/buyer of the firearm(s) listed on this form?" to which he provided an answer of "Yes," when in truth and in fact, as DESHAWN WAYNE HARRIS then well knew, he was purchasing the firearm on behalf of another person; in violation of Title 18, United States Code, Section 924(a)(1)(A).

DATED: July 26, 2021

SANDRA J. HAIRSTON
Acting United States Attorney

BY: JACOB D. PRYOR
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON

3